The People of the State of Illinois, appellee, v. Sheridan A. Bruseaux, appellant.   Gen. Nos. 31,317 and 31,428.

Appeal from order sentencing respondent for contempt of court. Appeal from the Circuit Court of Cook county; the Hon. John R. Caverly, Judge, presiding.   Heard in the third division of this court for the first district at the October term, 1926.   Reversed.   Opinion filed April 6, 1927.

Charles J. Jenkins and William A. Bither, for appellant.   Robert E. Crowe, State's Attorney, for appellee; Clarence E. Nelson and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

The Linden Company, plaintiff in error, v. David G. Joyce, defendant in error.   Gen. No. 31,229.

Action for goods and labor furnished.   Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding.   Heard in the third division of this court for the first district at the October term, 1926.   Affirmed.   Opinion filed April 6, 1927.   Rehearing denied April 25, 1927.

J. Kent Greene, for plaintiff in error.   Edward J. Brundage, Benson Landon and Robert N. Holt, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Samuel Lanski, appellee, v. Irving G. Zazove, appellant.   Gen. No. 31,247.

Appeal from order overruling motion to vacate judgment by confession on note.   Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding.   Heard in the third division of this court for the first district at the October term, 1926.   Affirmed. Opinion filed April 6, 1927.

Irving G. Zazove, pro se.   Isaac B. Lipson and Joseph A. Golde, for appellee; Fred E. Newton, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

McLane Van Ingen, trading as E. H. Van Ingen & Company, appellant, v. Samuel A. Snitzer and Samuel A. Snitzer, Inc., appellees. Gen. No. 31,269.

Action to recover balance due on open account.   Judgment for defendants.   Appeal from the Municipal Court of Chicago; the Hon. L. P. Harriss, Judge, presiding.   Heard in the third division of this court for the first district at the October term, 1926.   Reversed and cause remanded.   Opinion filed April 6, 1927.

Winston, Strawn & Shaw, for appellant; Harold A. Smith, of counsel.   No appearance for appellees.

Mr. Justice Thomson delivered the opinion of the court.